■ REBECCA DAVIS V. ARVE CORBIN, Doing Business as ARVE DANCE STUDIOS.— Application denied, with $10 costs. The stay contained in the order to show cause dated December 28, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ TIMOTHY A. SAUNDERS V. J. G. WHITE ENGINEERING CORP.— Application denied, with $10 costs. The stay contained in the order to show cause dated December 28, 1961 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MASTER WATERPROOFERS, INC., V. AUSEREHL & SON CONTRACTING CORP.— Application denied, with $10 costs. The stay contained in the order to show cause dated December 7, 1961 is vacated. Even if leave to appeal were granted, this court would not reach and dispose of all the legal alternatives raised by appellant. It suffices to deny leave that it appears, under the circumstances here, that the dispositions below were correct with respect to those questions which would be reached by this court although all the reasoning below may not necessarily be correct. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. MAX BOOKMAN.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ 14 SECOND AVENUE REALTY CORP. V. ANNE STEVEN CORP. et al.— Motion to dismiss appeal granted. Motion for a stay granted. Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ROSALIE ZIMMERMAN V. HOWARD ZIMMERMAN.— Motion for a stay granted on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before March 22, 1962, with notice of argument for April 3, 1962, said appeal to be argued or submitted when reached, and on the further condition that appellant pays to respondent $25 weekly on account of alimony and counsel fees now due. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MARGIE SMITTLE V. ELBERT E. SMITTLE.— Motion for resettlement denied. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of MORRIS LEVINE, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. ALFRED CATINO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. The order of this court entered on January 4, 1962 is vacated. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ SYMONS GALLERIES, INCORPORATED, V. ELIZABETH S. PHILLIPS.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve her answer to 10 days after service upon her attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 8, 1962, with notice of argument for February 20, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.